Ex parte FLEMING.

(Court of Criminal Appeals of Texas.　June 19, 1912.)

Original application by J. E. Fleming for a writ of habeas corpus to fix the amount of his bail. Relator remanded and amount fixed.

Cooper, Merrill & Lumpkin, of Amarillo, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J.　This is a companion case to Ex parte Creed, this day decided.

The record discloses that this relator is a man of no means, and taking into consideration the offense committed, and his ability to make bond, we think the bail should be fixed at $500 in each case against him. For a discussion of other questions reference is had to Ex parte Creed, 149 S. W. 192.

Remanded, and bail fixed at $500.

DAVIDSON, P. J., not sitting.